**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Michael J. Ciach | Chapter: 13 |
| | Bankruptcy No.: 23-10547-amc |
| Debtor | 11 U.S.C. § 362 |

Athene Annuity and Life Company

                              Movant

                 vs.

Michael J. Ciach

                              Debtor

              and

KENNETH E. WEST

                              Trustee
                           RESPONDENTS

**OBJECTIONS OF ATHENE ANNUITY AND LIFE COMPANY TO CONFIMATION OF DEBTOR`S' PROPOSED CHAPTER 13 PLAN**

    Athene Annuity and Life Company, by and through its undersigned attorney, Michael Clark, Esquire, hereby objects to the confirmation of the Debtor`s proposed Chapter 13 Plan for the following reasons:

1. Athene Annuity and Life Company, is in the process of filing a Proof of Claim with respect to its secured interest in real estate property of the Debtor or of the estate which is commonly known as and located at 3430 11th Street, Brookhaven, PA 19015, such Proof of Claim will indicate an estimated arrearage claim in the amount of $36,176.34.  The claims bar date is May 8, 2023. The plan proposes to pay $30,000.00.  Accordingly, the Chapter 13 Plan does not properly address the pre-petition claim of Athene Annuity and Life Company.  *See* 11 U.S.C. Sec. 1325(a)(5).

2. Based on the information provided by Debtor in Schedules I and J, Debtor does not have sufficient monthly income to pay the correct amount of the pre-petition arrears of Athene Annuity and Life Company over a sixty (60) month period.  Accordingly, Debtor`s proposed Chapter 13 Plan is not financially feasible. *See* 11 U.S.C. Sec. 1325(a)(6).

3. Debtor need(s) to have an additional $102.94 per month in order to pay the arrears of Athene Annuity and Life Company only, over a sixty (60) monthly period.  There is absolutely no indication or evidence from Debtor`s Schedules that she/he/they has the ability to obtain such additional income.  Accordingly, Debtor`s proposed Chapter 13 Plan is not financially feasible. *See* 11 U.S.C. Sec. 1325(a)(6).

4. Due to all of the defects in the Debtor`s proposed Chapter 13 Plan, as aforesaid, such

Plan could not have been proposed in good faith. *See* 11 U.S.C. Sec 1325(a)(7).

WHEREFORE, Athene Annuity and Life Company prays that its objections be sustained and that confirmation of Debtor`s Chapter 13 Plan be denied.

                                Respectfully submitted,

                                /s/ Michael Clark
                                Richard M. Squire, Esq.
                                M. Troy Freedman, Esq.
                                Michael J. Clark, Esq.
                                One Jenkintown Station, Suite 104
                                115 West Avenue
                                Jenkintown, PA 19046
                                215-886-8790
                                215-886-8791 (FAX)
                                rsquire@squirelaw.com
                                tfreedman@squirelaw.com
                                mclark@squirelaw.com
                                Attorney for the Objecting Party

Dated: April 04, 2023

01795-5/VC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Michael J. Ciach | Chapter: 13 |
| | Bankruptcy No.: 23-10547-amc |
| Debtor | 11 U.S.C. § 362 |

Athene Annuity and Life Company

                Movant

vs.

Michael J. Ciach

                Debtor

and

KENNETH E. WEST

                Trustee

RESPONDENTS

## CERTIFICATE OF SERVICE

      I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Objections of Athene Annuity and Life Company to Confirmation of Debtor`s proposed Chapter 13 Plan electronically and/or via First Class Mail, postage prepaid.

Date Served: _____04/04/2023_____

KENNETH E. WEST
Chapter 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

Michael J. Ciach
3430 11th Street
Brookhaven, PA 19015

01795-5/VC

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

    I hereby certify the foregoing to be true and correct under penalty of perjury.

    Respectfully submitted,

    /s/ Michael Clark
Richard M. Squire, Esq.
M. Troy Freedman, Esq.
Michael J. Clark, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
mclark@squirelaw.com

01795-5/VC